UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 2, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHARON ANN PERKINS,

Defendant.

Case No. 2:20-MJ-00142-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHARON ANN PERKINS , Case No. 2:20-MJ-00142-CKD  Charge 18USC § 1855, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

_x_ Unsecured Appearance Bond $  50,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

_X_ (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on October 2, 2020 at 2:00 pm

By: *Allison Claire*

Magistrate Judge Allison Claire