1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   MEGAN T. HOPKINS, SBN # 294141
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: (916) 498-5700
5   Fax: (916) 498-5710

6   Attorneys for Defendant
    SHARON PERKINS

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      ) Case No. 2:20-cr-0190-JAM
                                    )
12            Plaintiff,            ) **STIPULATION AND ORDER**
                                    ) **TO CONTINUE SENTENCING AND**
13   vs.                           ) **MODIFY PSR SCHEDULE**
                                    )
14   SHARON PERKINS,               ) Date:  April 13, 2021
                                    ) Time:  9:30 a.m.
15            Defendant.            ) Judge: Hon. John A. Mendez
                                    )
16   _____   )

17        IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18   Attorney, through Shea J. Kenny, Attorney for Plaintiff and Heather Williams, Federal Defender,

19   through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Sharon Perkins,

20   **that the sentencing hearing scheduled for April 13, 2021 may be continued to April 27,**

21   **2021.**

22        This continuance is requested to provide additional time for defense counsel to finalize a

23   proposed treatment plan and for the probation officer to complete the presentence investigation

24   and prepare the draft Presentence Investigation Report (PSR). The government and the probation

25   officer are in agreement with this continuance.

26   / / /

27   / / /

28

     Stipulation and Order to Continue Sentencing        -1-        *United States v. Perkins,* 2:20-cr-0190-JAM
     and Modify PSR Schedule

1    The proposed modified PSR Schedule is as follows:

2          Proposed Presentence Report Due:                    March 16, 2021

3          Informal Objections to Presentence Report Due:      March 30, 2021

4          Presentence Report Due:                             April 6, 2021

5          Formal Objections to Presentence Report Due:        April 13, 2021

6          Reply or Statement of Non-Opposition Due:           April 20, 2021

7          Judgment and Sentencing:                            April 27, 2021

8

9                                          Respectfully submitted,

10                                         HEATHER E. WILLIAMS
                                           Federal Defender
11
      Date: February 25, 2021             /s/  Megan T. Hopkins_____ _
12                                         MEGAN T. HOPKINS
                                           Assistant Federal Defender
13                                         Attorney for Defendant
                                           SHARON PERKINS
14

15    Date: February 25, 2021             McGREGOR W. SCOTT
                                           United States Attorney
16

17                                         /s/Shea J. Kenny_____
                                           SHEA J. KENNY
18                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Sentencing          -2-          *United States v. Perkins,* 2:20-cr-0190-JAM
and Modify PSR Schedule

1

**ORDER**

2          IT IS HEREBY ORDERED, the Court, having received and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. **It is further ordered the April 13, 2021 sentencing hearing shall be continued until**

5   **April 27, 2021, at 9:30 a.m.**

6   **IT IS SO ORDERED.**

7

8   Date:  February 25, 2021                    /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
9                                               UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Sentencing          -3-          *United States v. Perkins,* 2:20-cr-0190-JAM
and Modify PSR Schedule