HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SHARON PERKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0190-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PSR SCHEDULE** |
| vs. | Date:  April 27, 2021 |
| SHARON PERKINS, | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip Talbert, Acting United States Attorney, through Shea J. Kenny, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Sharon Perkins, **that the PSR schedule be modified to extend the deadline for disclosure of the draft PSR by one week, and shorten the time for informal objections to accommodate the extension.**

This modification is requested to provide additional time for the probation officer to complete the presentence investigation and prepare the draft Presentence Investigation Report (PSR). The parties agree that keeping the current sentencing date is a priority, and that the shortened schedule for informal objections will not impede the parties' ability to propose corrections to the PSR as needed.

The proposed modified PSR Schedule is as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | March 22, 2021 |
| Informal Objections to Presentence Report Due: | March 30, 2021 |
| Presentence Report Due: | April 6, 2021 |
| Formal Objections to Presentence Report Due: | April 13, 2021 |
| Reply or Statement of Non-Opposition Due: | April 20, 2021 |
| Judgment and Sentencing: | April 27, 2021 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 18, 2021      /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
SHARON PERKINS

Date: March 18, 2021      PHILLIP TALBERT
Acting United States Attorney

/s/Shea J. Kenny
SHEA J. KENNY
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Date:  March 18, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE