UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
4/27/2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARON ANN PERKINS<br><br>Defendant. | Case No. 2:20-CR-00190-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SHARON ANN PERKINS – Case No.: 2:20-CR-00190-JAM; Charge: 18 U.S.C. § 1855 – from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

__X__ (Other): Defendant sentenced to a term of imprisonment of TIME SERVED.

Issued at Sacramento, California on April 27, 2021 at 10:30 AM.

By: _____
John A. Mendez, U.S. District Court Judge