| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN # 294141<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>SHARON PERKINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-0190-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER**<br>) **TO CONTINUE ADMIT/DENY HEARING** |
| vs. | ) Date: August 17, 2021 |
| SHARON PERKINS, | ) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Shea J. Kenny, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Sharon Perkins, **that the admit/deny hearing scheduled for July 6, 2021 may be continued to August 17, 2021.**

This continuance is requested to provide additional time for defense counsel to investigate the alleged violation conduct, finalize a proposed treatment plan and confer with probation officer.

///

///

///

The government and the probation officer are in agreement with this continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 1, 2021
/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
SHARON PERKINS

Date: July 1, 2021
PHILLIP A. TALBERT
Acting United States Attorney

/s/Shea J. Kenny
SHEA J. KENNY
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation as its order. **It is further ordered admit/deny hearing shall be continued until August 17, 2021, at 9:30 a.m. IT IS SO ORDERED.**

DATED: July 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE