| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender<br>MEGAN T. HOPKINS, SBN 294141<br>Assistant Federal Defender<br>Designated Counsel for Service<br>801 I Street, Third Floor<br>Sacramento, CA 95814<br>Telephone: (916) 498-5700<br>Fax: (916) 498-5710 | **FILED**<br><br>SEP 2 1 2021<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

Attorneys for Defendant
SHARON ANN PERKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON ANN PERKINS,<br><br>Defendant. | Case No. 2:20-cr-190-JAM<br><br>**ORDER FOR RELEASE OF SHARON ANN PERKINS** |

ORDER OF RELEASE

Defendant SHARON PERKINS is to be **released from Sacramento County Jail *no later than 3:00 p.m. on Tuesday, September 21, 2021***. Ms. Perkins is ordered to report to and reside at a residence approved by the probation officer and to check in with probation within 24 hours of release.

Dated: September 21, 2021

*/s/ John A. Mendez*
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE